FILED
**April 20, 2015**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-15-00078-CV
4960128
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/20/2015 4:44:55 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00078-CV

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS,
## AT AUSTIN, TEXAS

CHRIS BELL,
Appellant,

v.

REPUBLICAN GOVERNORS ASSOCIATION
Appellee

From 261st District Court,
Travis County, Texas

## UNOPPOSED FIRST MOTION TO EXTEND TIME TO
## FILE APPELLEE'S BRIEF

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.1 and 38.6(d), Appellee Republican Governors Association files this Unopposed First Motion to Extend Time to File Appellee's Brief, and would respectfully show as follows:

1.     Appellee's response brief is currently due on April 27, 2015.

2.     Counsel for Appellee requests a 14-day extension of time to file its brief, making the brief due on May 11, 2015. This is the first request for extension of time to file the response brief.

3. Counsel for Appellee relies on the following reasons, in addition to the routine matters that counsel must attend to in daily practice, to explain the need for the requested extension:

i. Counsel's litigation and appellate practice consists of two attorneys. Currently, one of said attorneys is out on maternity leave, which in-turn limits the amount of time available to counsel to draft its response brief and attend to the other matters for which it is responsible. Several of Counsel's other matters require immediate attention this week, further limiting the time available to Counsel to draft its response brief.

4. Therefore, Counsel for Appellee seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

5. The undersigned has conferred with opposing counsel, and he has indicated that his client does not oppose this motion.

6. All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellee requests that this Court grant this Unopposed First Motion to Extend Time to File Appellee's Response Brief and extend the Deadline for Filing the Appellee's Response Brief to May 11, 2015.

Respectfully submitted,


Respectfully submitted,

HANCE SCARBOROUGH, LLP
400 W. 15th Street, Suite 950
Austin, Texas 78701
Telephone: (512) 479-8888
Facsimile: (512) 482-6891

By: _____
Terry L. Scarborough
State Bar No. 17716000
V. Blayre Peña
State Bar No. 24050372

ATTORNEYS FOR DEFENDANT
REPUBLICAN GOVENORS ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record herein by facsimile on this the 20th day of April, 2015.

VIA FACSIMILE
Tom H. Watkins
Husch Blackwell
111 Congress Avenue, Suite 1400
Austin, Texas 78701-4093
Telephone: (512) 703-5752
Facsimile: (512) 479-1101

Randall B. Wood
RAY, WOOD & BONILLA
2700 Bee Caves Road, Suite 200
Austin, Texas 78746
Telephone: (512) 328-8877
Facsimile: (512) 328-1156

Terry L. Scarborough